# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| HEATHER BOWMAN, et al., | : | Case No. 3:13 CV 1924 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Judge Jack Zouhary |
| | : | |
| HEALTHCARE SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION OF
## <u>KENNETH D. KLEINMAN *PRO HAC VICE*</u>

Defendant Healthcare Services Group, Inc. ("Healthcare Services") and its counsel, James E. Davidson, Felix C. Wade and Mary F. Geswein, move the Court pursuant to Local Rule 83.5(h) for an order admitting Kenneth D. Kleinman to practice before this Court as co-counsel for Defendant Healthcare Services. The Affidavit attached to this Motion (and filed with the Court) demonstrates that Attorney Kleinman is admitted to practice before and is a member in good standing of the bars of various federal courts in the United States, and in the State of Pennsylvania, and otherwise meets the requirements of Local Rule 83.5(h). Attorney Kleinman

is also familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.  Based on the foregoing information, Defendant and its counsel, James E. Davidson, Felix C. Wade and Mary F. Geswein, respectfully request that Kenneth D. Kleinman of the law firm of Stevens & Lee, P.C. be permitted to practice before this Court as co-counsel for the purpose of representing Healthcare Services and participating in this action.

Respectfully submitted,

Dated:  September 30, 2013

By: /s/ Mary F. Geswein
James E. Davidson (0024534)
James.Davidson@icemiller.com
Felix C. Wade (0024462)
Pete.Wade@icemiller.com
Mimi Geswein, Esq.
Mimi.Geswein@icemiller.com
Ice Miller LLP
250 West Street
Columbus, OH 43215
Phone: 614.462.5038
Fax: 614.222.3436

*Counsel for Defendant*
*Healthcare Services Group, Inc.*

SL1 1261098v1 104212.00212

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed via the Court's ECF system on September 30, 2013. Parties will be notified by the Court's Electronic Filing System.

/s/ Mary F. Geswein
Mary F. Geswein
