IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HEATHER BOWMAN, et al., | : Case No. 3:13 CV 1924 |
| Plaintiffs, | : |
| v. | : Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | : |
| Defendant. | : |

### AFFIDAVIT OF KENNETH D. KLEINMAN

I, Kenneth D. Kleinman, being first duly sworn, depose and state as follows:

1. I am a member of the law firm of Stevens & Lee, P.C.

2. My particulars are as follows:

   Kenneth D. Kleinman
   Stevens & Lee, P.C.
   1818 Market St., 29th Fl.
   Philadelphia, PA 19103
   email: kdk@stevenslee.com
   Phone: 215.751.1946
   Fax: 610.371.7975

3. I am admitted to and practice law in the following jurisdictions, including dates of admission:

   a. Supreme Court of Pennsylvania (5/27/1980) Bar ID #31770
   b. U.S. Court of Appeals, Third Circuit (12/7/1981)
   c. U.S. Court of Appeals, Eleventh Circuit (1/30/2012)
   d. U.S. District Court, Eastern District of Pennsylvania (11/5/1980)
   e. U.S. District Court, Middle District of Pennsylvania (7/1/1989)
   f. U.S. District Court, Northern District of Florida (6/14/2011)

        g.     U.S. District Court, Western District of Michigan (8/2/2011)

4.     I have also been admitted pro hac vice in multiple federal district and appellate courts throughout the country.

5.     I am in good standing before all courts for which I am admitted and have never been the subject of any disciplinary action in any jurisdiction.

6.     Defendant Healthcare Healthcare Services Group, Inc. ("Healthcare Services") has requested that I act as counsel with Felix C. Wade and Mary F. Geswein to represent Healthcare Services' interests and to prosecute its claims and defenses in the above-captioned litigation. I am familiar with the Federal Rules of Evidence and the Federal Rules of Civil Procedure, and if granted admission to this court for this case, I will familiarize myself with, and abide by all applicable Local Rules of Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kenneth D. Kleinman

COMMONWEALTH OF PENNSYLVANIA    :
                                               : ss.
COUNTY OF PHILADELPHIA             :

Sworn to before me and subscribed in my presence this 30th day of September, 2013.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA S. BRADWAY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 17, 2014

SL1 1261116v1 104212.00212