IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HEATHER BOWMAN, et al., | : | Case No. 3:13 CV 1924 |
| Plaintiffs, | : | |
| v. | : | Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | : | |
| Defendant. | : | |

MOTION FOR ADMISSION OF
JOSEPH P. HOFMANN *PRO HAC VICE*

Defendant Healthcare Services Group, Inc. ("Healthcare Services") and its counsel, James E. Davidson, Felix C. Wade and Mary F. Geswein, move the Court pursuant to Local Rule 83.5(h) for an order admitting Joseph P. Hofmann to practice before this Court as co-counsel for Defendant Healthcare Services.  The Affidavit attached to this Motion (and filed with the Court) demonstrates that Attorney Hofmann is admitted to practice before and is a member in good standing of the bars of various federal courts in the United States, and in the State of Pennsylvania, and otherwise meets the requirements of Local Rule 83.5(h).  Attorney Hofmann

SL1 1261155v1 104212.00212

is also familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Based on the foregoing information, Defendant and its counsel, James E. Davidson, Felix C. Wade and Mary F. Geswein, respectfully request that Kenneth D. Kleinman of the law firm of Stevens & Lee, P.C. be permitted to practice before this Court as co-counsel for the purpose of representing Healthcare Services and participating in this action.

                                              Respectfully submitted,

Dated: September 30, 2013

                                      By: /s/ Mary F. Geswein
                                            James E. Davidson (0024534)
                                            James.Davidson@icemiller.com
                                            Felix C. Wade (0024462)
                                            Pete.Wade@icemiller.com
                                            Mimi Geswein, Esq.
                                            Mimi.Geswein@icemiller.com
                                            Ice Miller LLP
                                            250 West Street
                                            Columbus, OH 43215
                                            Phone: 614.462.5038
                                            Fax: 614.222.3436

                                            *Counsel for Defendant*
                                            *Healthcare Services Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed via the Court's ECF system on September 30, 2013. Parties will be notified by the Court's Electronic Filing System.

/s/ Mary F. Geswein
Mary F. Geswein