IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HEATHER BOWMAN, et al., | : | Case No. 3:13 CV 1924 |
| Plaintiffs, | : | |
| v. | : | Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | : | |
| Defendant. | : | |

### AFFIDAVIT OF JOSEPH P. HOFMANN

I, Joseph P. Hofmann, being first duly sworn, depose and state as follows:

1. I am a member of the law firm of Stevens & Lee, P.C.

2. My particulars are as follows:

    Joseph P. Hofmann
    Stevens & Lee, P.C.
    51 South Duke Street
    Lancaster, PA 17602
    email: jph@stevenslee.com
    Phone: 717.399.6643
    Fax: 610.371.7946

3. I am admitted to and practice law in the following jurisdictions, including dates of admission:

    a. Supreme Court of Pennsylvania (6/25/1990) Bar ID #58384
    b. U.S. Court of Appeals, Third Circuit (9/28/1998)
    c. Supreme Court of Minnesota (10/21/1983) Bar ID #150289 (inactive)
    d. U.S. District Court, Eastern District of Pennsylvania (9/17/1998)
    e. U.S. District Court, Middle District of Pennsylvania (10/15/2002)
    f. U.S. District Court, Western District of Pennsylvania (9/22/1997)

      g.     U.S. District Court, Eastern District of Wisconsin (8/21/2009)

4.     I have also been admitted *pro hac vice* in multiple federal district and appellate courts throughout the country.

5.     I am in good standing before all courts for which I am admitted and have never been the subject of any disciplinary action in any jurisdiction.

6.     Defendant Healthcare Healthcare Services Group, Inc. ("Healthcare Services") has requested that I act as counsel with Felix C. Wade and Mary F. Geswein to represent Healthcare Services' interests and to prosecute its claims and defenses in the above-captioned litigation. I am familiar with the Federal Rules of Evidence and the Federal Rules of Civil Procedure, and if granted admission to this court for this case, I will familiarize myself with, and abide by all applicable Local Rules of Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joseph P. Hofmann

COMMONWEALTH OF PENNSYLVANIA   :
                                                   : ss.
COUNTY OF LANCASTER                :

Sworn to before me and subscribed in my presence this 30th day of September, 2013.

_____
NOTARY PUBLIC

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
**PATRICIA S. BRADWAY, Notary Public**
**City of Philadelphia, Phila. County**
**My Commission Expires March 17, 2014**

2