## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| HEATHER BOWMAN, et al., | : | Case No. 3:13 CV 1924 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Judge Jack Zouhary |
| | : | |
| HEALTHCARE SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION OF
## BRAD M. KUSHNER *PRO HAC VICE*

Defendant Healthcare Services Group, Inc. ("Healthcare Services") and its counsel, James E. Davidson, Felix C. Wade and Mary F. Geswein, move the Court pursuant to Local Rule 83.5(h) for an order admitting Brad M. Kushner to practice before this Court as co-counsel for Defendant Healthcare Services. The Affidavit attached to this Motion (and filed with the Court) demonstrates that Attorney Kushner is admitted to practice before and is a member in good standing of the bars of various federal courts in the United States, and in the State of Pennsylvania, and otherwise meets the requirements of Local Rule 83.5(h). Attorney Kushner is

also familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Based on the foregoing information, Defendant and its counsel, James E. Davidson, Felix C. Wade and Mary F. Geswein, respectfully request that Kenneth D. Kleinman of the law firm of Stevens & Lee, P.C. be permitted to practice before this Court as co-counsel for the purpose of representing Healthcare Services and participating in this action.

                Respectfully submitted,

Dated:  September 30, 2013

            By: /s/ Mary F. Geswein
              James E. Davidson (0024534)
              James.Davidson@icemiller.com
              Felix C. Wade (0024462)
              Pete.Wade@icemiller.com
              Mimi Geswein, Esq.
              Mimi.Geswein@icemiller.com
              Ice Miller LLP
              250 West Street
              Columbus, OH 43215
              Phone: 614.462.5038
              Fax: 614.222.3436

            *Counsel for Defendant*
            *Healthcare Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed via the Court's ECF system on September 30, 2013. Parties will be notified by the Court's Electronic Filing System.

/s/ Mary F. Geswein
Mary F. Geswein