IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HEATHER BOWMAN, et al., | Case No. 3:13 CV 1924 |
| Plaintiffs, | |
| v. | Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | |
| Defendant. | |

## AFFIDAVIT OF BRAD M. KUSHNER

I, Brad M. Kushner, being first duly sworn, depose and state as follows:

1. I am a member of the law firm of Stevens & Lee, P.C.

2. My particulars are as follows:

   Brad M. Kushner
   Stevens & Lee, P.C.
   1818 Market St., 29th Fl.
   Philadelphia, PA 19103
   email: bmk@stevenslee.com
   Phone: 215.751.1949
   Fax: 610.371.7906

3. I am admitted to and practice law in the following jurisdictions, including dates of admission:

   a. Supreme Court of Pennsylvania (11/12/2009) Bar ID #307429
   b. U.S. Court of Appeals, Eleventh Circuit (1/30/2012)
   c. Supreme Court of New Jersey (1/8/2010) Bar ID #01583-2009
   d. U.S. District Court, Eastern District of Pennsylvania (1/19/2010)
   e. U.S. District Court, District of New Jersey (8/2/2010)
   f. U.S. District Court, Northern District of Florida (6/13/2011)

    g.    U.S. District Court, Western District of Michigan (8/1/2011)

4.    I have also been admitted *pro hac vice* in multiple federal district and appellate courts throughout the country.

5.    I am in good standing before all courts for which I am admitted and have never been the subject of any disciplinary action in any jurisdiction.

6.    Defendant Healthcare Healthcare Services Group, Inc. ("Healthcare Services") has requested that I act as counsel with Felix C. Wade and Mary F. Geswein to represent Healthcare Services' interests and to prosecute its claims and defenses in the above-captioned litigation. I am familiar with the Federal Rules of Evidence and the Federal Rules of Civil Procedure, and if granted admission to this court for this case, I will familiarize myself with, and abide by all applicable Local Rules of Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brad M. Kushner

COMMONWEALTH OF PENNSYLVANIA     :
    : ss.
COUNTY OF PHILADELPHIA     :

Sworn to before me and subscribed in my presence this 30th day of September, 2013.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA S. BRADWAY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 17, 2014

2

SL1 1261119v1 104212.00212