IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____

| | | |
|---|---|---|
| HEATHER BOWMAN, *et al* | : | CASE NO.: 3:13-cv-1924 |
| Plaintiff, | : | |
| | : | JUDGE ZOUHARY |
| vs. | : | |
| HEALTHCARE SERVICES GROUP, INC., | : | **MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY TRENT R. TAYLOR BARKAN MEIZLISH, LLP** |
| Defendant. | : | |

Plaintiff, HEATHER BOWMAN, individually and on behalf of all similarly situated individuals, and the putative class, respectfully move this Court to admit Trent R. Taylor, of the law firm of Barkan Meizlish Handelman Goodin DeRose Wentz, LLP, be permitted to appear and participate as co-counsel for Plaintiff in this matter. In accordance with Local Rule 83.5(h), Plaintiffs state as follows:

Mr. Taylor has been, and presently is a member in good standing of the Supreme Court of Kentucky. He is also admitted to practice before the Supreme Court of Missouri, and the Supreme Court of Kansas. Mr. Taylor's address, telephone number, facsimile number, and e-mail address are as follows:

> Barkan Meizlish Handelman Goodin DeRose Wentz, LLP
> 250 East Broad Street, 10th Floor
> Columbus, OH 43215
> Telephone: (614) 221-4221
> Facsimile: (614) 744-2300
> Email: ttaylor@barkanmeizlish.com

Mr. Taylor's registration number in the State of Kentucky is 94828.

The affidavit of Mr. Taylor in support of this Motion is attached as **Exhibit "A".**

Therefore, Plaintiffs respectfully request that this Court permit Trent R. Taylor, Esq., of the law firm Barkan Meizlish Handelman Goodin DeRose Wentz, LLP to appear on their behalf in this proceeding.

                                      Respectfully submitted,

                                      */s/ Robert E. DeRose*
                                      Robert E. DeRose, Esq. (0055214)
                                      **Barkan Meizlish Handelman Goodin DeRose Wentz, LLP**
                                      250 E Broad St, 10th Floor
                                      Columbus, Ohio 43215
                                      Telephone: (614) 221-4221
                                      Fax: (614) 744-2300
                                      Email: bderose@barkanmeizlish.com
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on November 13, 2013 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose, Esquire